**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01862-CMA

CHERYL A. BELLON,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming ALJ's Decision Denying Disability Benefits of

Judge Christine M. Arguello entered on April 23, 2014 it is

ORDERED that, the ALJ's denial of disability benefits is AFFIRMED. It is

FURTHER ORDERED that each party shall pay its own costs and attorney fees.

Dated at Denver, Colorado this 25th day of April, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  Sandra Hartmann
                Sandra Hartmann
                Deputy Clerk